DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN D. MARSHALL,**
Appellant,

v.

**HOLIDAY HUNT RUSSELL PLLC,**
Appellee.

No. 4D2023-1327

[February 8, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jackie Powell, Judge; L.T. Case No. COCE-22-051871.

John D. Marshall, Lighthouse Point, pro se.

Holiday Hunt Russell of Holiday Hunt Russell PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***